IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINO ALTAMIRANO RUIZ, | No. C 07-00020 WHA |
| Petitioner, | |
| v. | **ORDER APPOINTING COUNSEL** |
| LARRY SCRIBNER, Warden, | |
| Respondent. | |

 The Court previously granted petitioner's motion for appointment of counsel and referred the matter to the Federal Public Defender to find representation for petitioner. The Federal Public Defender has filed a notice of appearance. Pursuant to General Order 2 (II)(C), this order **APPOINTS THE FEDERAL PUBLIC DEFENDER** to represent petitioner. *See* 18 U.S.C. 3006A(a)(2)(B). The deadlines set by the order dated January 12, 2007, are now triggered. The stay will expire in 30 days from the date of this order.

**IT IS SO ORDERED.**

Dated: April 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE