IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONSTANTINO ALTAMIRANO RUIZ, | ) | No. CR 07-0020 WHA |
| Petitioner, | ) ) | [PROPOSED] ORDER RE: MOTION TO EXTEND TIME FOR PETITIONER TO FILE TRAVERSE |
| v. | ) ) | |
| LARRY SCRIBNER, Warden, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Pursuant to the parties stipulation, and for good cause shown, Petitioner's Motion for Extension of Time to File Traverse is granted. Petitioner shall file his traverse no later than August 24, 2007.

IT IS SO ORDERED.

July 30, 2007
DATED

WILLIAM H. ALSUP
United States District Court Judge

C 07-0020 WHA
Altamirano Ruiz v. Scribner
[Proposed] Order Granting Petitioner's Motion to Extend Time