United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINO A. RUIZ, | No. C 07-00020 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LARRY SCRIBNER, | |
| Defendant. | |

For the reasons stated in the accompanying order denying the petition for writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 25, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE